No. 00–8238.  HICKS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–8244.  FLOWERS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–8247.  HOLMES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–8252.  HARRELL, AKA JOHNSON, ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–8253.  GONZALES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8256.  HERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–8263.  BRAGG *v.* MORGAN, WARDEN.  Sup. Ct. Ohio.  Certiorari denied.

No. 00–8270.  HOLMES *v.* CONROY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–8274.  RICHARDSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–8279.  GANEY *v.* CHESTER, SUPERINTENDENT, CRAVEN CORRECTIONAL INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–8289.  DOLENZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8291.  CHAGUALA-CARRILLO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–8298.  CANTY *v.* BOOKER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 00–8299.  DABEIT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8300.  SANCHEZ-AVALOS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.